UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY A. KAPRIELIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV1598 CEU |
| | ) | |
| MARK STRINGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiff brings this action pursuant to 42 U.S.C. § 1983. Before the Court is his motion for leave to proceed in forma pauperis.

Under 28 U.S.C. § 1915(e), a court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. To state a claim for relief under § 1983, a complaint must plead more than "legal conclusions" and "[t]hreadbare recitals of the elements of a cause of action [that are] supported by mere conclusory statements." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). A plaintiff must demonstrate a plausible claim for relief, which is more than a "mere possibility of misconduct." *Id.* at 679. "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* at 678. Determining whether a complaint states a plausible claim for relief [is] a context-specific task that requires the reviewing court to draw on its judicial experience and common sense. *Id*. at 679.

Plaintiff is a resident at Missouri's Sex Offender Rehabilitation and Treatment Services in Farmington, Missouri. Defendants are officials there. Plaintiff is a male-to-female transgendered person. He alleges that he has not been provided with proper psychological medical and psychiatric treatment. He also alleges that he has been subjected to gender-based discrimination; physical, emotional, and psychological abuse; and different, more onerous standards of release.

The Court finds that the allegations state a plausible claim for relief. Therefore, the clerk will be directed to serve process on the complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to serve process on the complaint in accordance with the Court's agreement with the State of Missouri – Department of Health Employees.

Dated this 22nd day of October, 2015.

                                                          CAROL E. JACKSON
                                                          UNITED STATES DISTRICT JUDGE